UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TAMMY D. RICHARDSON** : CIV. NO. 300CV1062 (JCH) | |
| Plaintiff : | |
| VS. : | |
| : | |
| **METROPOLITAN DISTRICT** : | |
| **COMMISSION (MDC); et al** : | |
| : DECEMBER 30, 2003 | |
| Defendants : | |

### PLAINTIFF'S LIST OF WITNESSES

1.  **Tammy Richardson**, **9 Chandler Street, East Hartford, CT 06108**. Ms. Richardson will testify to the facts supporting the allegations of the Amended Complaint, will also testify as to the discriminatory policies and practices of the defendant M.D.C. and will testify as to her damages and mitigation thereof.

2.  **Femi Bogle Assegai**, **Bloomfield, CT.** A former CCHRO investigator will testify to the facts supporting the allegations of the discriminatory policies and practices of the defendant M.D.C. and policy of retaliation.

3.  **Gregory L. Richardson, 9 Chandler Street, East Hartford, CT 06108.** Ms. Richardson's brother will testify to the facts supporting the allegations of the Amended Complaint, and will testify as to damages and mitigation thereof.

4.  **Brianna Macklin**, **9 Chandler Street, East Hartford, CT 06108.** Ms. Richardson's daughter will testify to the facts supporting the allegations of the Amended Complaint, and will testify as to damages.

5.  **Curley Richard, c/o MDC, 555 Main Street, Hartford, CT.** As a WPC plant supervisor who participated in disciplinary actions against allegedly similarly situated employees between 1997 and 1999. Richard will testify that Ms. Richardson was treated more harshly and that a policy and practice of disparate treatment in promotions and discipline exists. Richard will

testify that he was a Plant Supervisor in the District's East Hartford plant who filed race based discrimination complaints with the CCHRO, in federal court, and before the State Department of Labor. Mr. Richard, who has worked at the District's sewage and treatment plant on Brainard Road in Hartford for nearly 22 years, was denied a key promotion for which he was qualified and a White, less qualified person was selected over him. More specifically, a high-level official, Function Head, Michael Reardon, promoted a White person, David Arnett to the position of assistant plant superintendent even though Richard was more qualified for the job. According to Mr. Richard, David Arnett did not hold a "Class IV" state sewage-plant license, while Richard has held such a license since 1981. Richard had more experience than Arnett, and rated highly in regular evaluations by his supervisor. Mr. Richard had also been Mr. Arnett's supervisor during 1970's - 1980's. Richard will testify to regular racist and derogatory comments tolerated by MDC management.

6.     **Lebert Thomas, c/o MDC, 555 Main Street, Hartford, CT.**  Will testify to the facts supporting the allegations of the Amended Complaint and testify as to the discriminatory and retaliatory policies and practices of the defendant M.D.C.

7.     **Donna Smith, c/o MDC, 555 Main Street, Hartford, CT.**  Will testify to the facts supporting the allegations of the Amended Complaint and testify as to the discriminatory and retaliatory policies and practices of the defendant M.D.C. Will testify to a hostile work environment for females and African-American employees, discriminatory policies and practices in evaluations, compensation, promotions. In 1999, she was subjected to retaliation by MDC for filing complaints and grievances regarding her performance evaluations.

8.     **Kendra Hewitt, c/o MDC, 555 Main Street, Hartford, CT,** has worked for the MDC as a Payroll Accounting Assistant. Will testify to the facts supporting the allegations of the Amended Complaint and testify as to the discriminatory and retaliatory policies and practices of the defendant M.D.C. Will testify to a hostile work environment for females and African-

American employees, discriminatory policies and practices in evaluations, compensation, promotions. Between 1997 and 1999, she was subjected to discriminatory denial of promotions, denial of step pay increment, retaliation by MDC for filing complaints and grievances regarding her performance evaluations.

9. **Daisy Chavez, 547 Simsbury Road, Bloomfield, CT 06002 (860) 242-0869.** Will testify to the facts supporting the allegations of the Amended Complaint and testify as to the discriminatory and retaliatory policies and practices of the defendant M.D.C. Will testify to a hostile work environment for females and African-American employees, discriminatory policies and practices in evaluations, compensation, promotions. She will also testify regarding Johnson's abusive drunken behavior and the MDC's acquiescence therein.

10. **Paul Ritter, c/o MDC, 555 Main Street, Hartford, CT,** has worked for the MDC as a Commissioner. As a member of the Board of Commissioners Ritter has witnessed policies and practices of discrimination. Ritter will testify as an adverse witness to the facts supporting the allegations of discriminatory policies and practices of the defendant M.D.C. Paul Ritter, one of the MDC commissioners will testify that the defendant has a reputation in the minority community for discriminating against members of the community.

11. **Trudy Mero, c/o MDC, 555 Main Street, Hartford, CT,** has worked for the MDC as a Commissioner. As a member of the Board of Commissioners Mero has witnessed policies and practices of discrimination. Mero is also Jeffrey Johnson's mother and will testify as an adverse witness to the facts supporting the allegations of discriminatory policies and practices of the defendant M.D.C. as well as the MDC' nepotism and tolerance of Johnson's drunken and abusive behavior in the workplace.

12. **Paul Sousa, c/o MDC, 555 Main Street, Hartford, CT.** Sousa was plaintiff's coworker. He will testify regarding hostile wok environment, disparate treatment of plaintiff by Johnson and change of plaintiff's job duties.

13.     **Margaret Roughan, c/o MDC, 555 Main Street, Hartford, CT.**  Roughan, will testify as an adverse witness to the facts supporting the allegations of the Amended Complaint will testify as to the discriminatory policies and practices of the defendant M.D.C., the grievances filed by plaintiff with the Human Resources Department, the plaintiff's CCHRO complaints, the alleged investigation of the complaints and failure to take action against Johnson. She will testify as to meetings held with MDC management and complaints regarding discriminatory treatment of minority employees at the MDC.

14.     **Norman LeBlanc, c/o MDC, 555 Main Street, Hartford, CT.**  was the manager of the Treasury Department which employed plaintiff and Johnson.  LeBlanc will testify as an adverse witness to the facts supporting the allegations of the Amended Complaint will testify as to the discriminatory policies and practices of the defendant M.D.C., the grievances filed by plaintiff within the Treasury and the Human Resources Department, the plaintiff's CCHRO complaints, the alleged investigation of the complaints and failure to take action against Johnson. He will testify as to meetings held with plaintiff and MDC management, complaints by plaintiff and other minority employee regarding discriminatory treatment at the MDC and the failure of the MDC to discipline Johnson.

15.     **Jeffrey Johnson, c/o MDC, 555 Main Street, Hartford, CT.**  was the plaintiff's immediate supervisor within the Treasury Department.  Johnson will testify as an adverse witness to the facts supporting the allegations of the Amended Complaint, he will testify as to the discriminatory policies and practices of the defendant M.D.C., the grievances filed by plaintiff within the Treasury and the Human Resources Department, the plaintiff's CCHRO complaints, the alleged investigation of the complaints and failure to take action against Johnson. He will testify as to meetings held with plaintiff and MDC management, complaints by plaintiff and other minority employee regarding discriminatory treatment at the MDC and the failure of the MDC to discipline Johnson.

16.     **John J. McAullife, c/o MDC, 555 Main Street, Hartford, CT.**   was Risk Services and Customer Accounting administrator within the Treasury Department which employed plaintiff and Johnson.  McAullife will testify as an adverse witness to the facts supporting the allegations of the Amended Complaint will testify as to the discriminatory policies and practices of the defendant M.D.C., the grievances filed by plaintiff within the Treasury and the Human Resources Department, the plaintiff's CCHRO complaints, the alleged investigation of the complaints and failure to take action against Johnson. He will testify as to meetings held with plaintiff and MDC management, disciplinary action, complaints by plaintiff and other minority employee regarding discriminatory treatment at the MDC and the failure of the MDC to discipline Johnson.

17.     **Dawn Fiorentino**,  **c/o MDC, 555 Main Street, Hartford, CT.**   was employed as acting Risk Services and Customer Accounting administrator within the Treasury Department which employed plaintiff and Johnson.  Fiorentino will testify as an adverse witness to the facts supporting the allegations of the Amended Complaint and will testify as to the discriminatory policies and practices of the defendant M.D.C., the grievances filed by plaintiff within the Treasury and the Human Resources Department, the plaintiff's CCHRO complaints, the alleged investigation of the complaints and failure to take action against Johnson. She will testify as to meetings held with plaintiff and MDC management, discipinary action, complaints by plaintiff and other minority employee regarding discriminatory treatment at the MDC and the failure of the MDC to discipline Johnson.

18.     **Donna Szestakow**, **c/o MDC, 555 Main Street, Hartford, CT.**   was employed in Human Resources Department which employed plaintiff and Johnson.  Szestakow will testify as an adverse witness to the facts supporting the allegations of the Amended Complaint and will testify as to the discriminatory policies and practices of the defendant M.D.C., the grievances filed by plaintiff within the Treasury and the Human Resources Department, the plaintiff's

CCHRO complaints, the alleged investigation of the complaints and failure to take action against Johnson. She will testify as to meetings held with plaintiff and MDC management, discipinary action, complaints by plaintiff and other minority employee regarding discriminatory treatment at the MDC and the failure of the MDC to discipline Johnson.

19.     **Sal Gozzo**, 102 Barry Place, Rocky Hill, CT 06067.   Was Plaintiff's union representative and will testify to the facts supporting the allegations of the Amended Complaint, the discriminatory policies and practices of the defendant M.D.C., the grievances filed by plaintiff within the Treasury and the Human Resources Department, the plaintiff's CCHRO complaints, the alleged investigation of the complaints and failure to take action against Johnson. He will testify as to meetings held with plaintiff and MDC management, discipinary action, complaints by plaintiff and other minority employee regarding discriminatory treatment at the MDC and the failure of the MDC to discipline Johnson.

20.     **Phillip Kallaugher, c/o MDC, 555 Main Street, Hartford, CT.**  Kallaugher was Plaintiff's union representative and will testify to the facts supporting the allegations of the Amended Complaint, the discriminatory policies and practices of the defendant M.D.C., the grievances filed by plaintiff within the Treasury and the Human Resources Department, the plaintiff's CCHRO complaints, the alleged investigation of the complaints and failure to take action against Johnson. He will testify as to meetings held with plaintiff and MDC management, discipinary action, complaints by plaintiff and other minority employee regarding discriminatory treatment at the MDC and the failure of the MDC to discipline Johnson.

21.     **Helmut Traichel**, **53 Szegda Rd., Columbia, CT. 06237-1227**.  He will testify to the facts supporting the allegations of the Amended Complaint, the discriminatory policies and practices of the defendant M.D.C., the long-standing alcohol-related abuses committed by Johnson in the workplace and the failure by the MDC to take action against Johnson despite repeated complaints.

22.    **Dr. Bennett Siegel, Siegel Chiropractic, 24 East Main Street, Avon, CT 06001.** Dr. Siegel will testify to the facts supporting the allegations of the Amended Complaint, the treatment received by plaintiff, his communication with the MDC and damages suffered by plaintiff.

23.    **Dr. David Read Johnson, PHD, Post Traumatic Stress Center, 19 Edwards Street, New Haven, CT 06511 (203) 624-2146.**   He will testify to the facts supporting the allegations of the Amended Complaint, his communication with the MDC, damages suffered by plaintiff and diagnosis of the plaintiff as suffering from "post traumatic stress disorder with strong depressive features."

24.    **Richard Formica,  c/o MDC, 555 Main Street, Hartford, CT.**   He will testify to the facts supporting the allegations of the Amended Complaint, the discriminatory policies and practices of the defendant M.D.C., the long-standing alcohol-related abuses committed by Johnson in the workplace and the failure by the MDC to take action against Johnson despite repeated complaints.

25.    **Raymond Mack, or his designee, South Windsor Congregation, 640 Burnham Street, South Windsor, CT 06074**.

26.    **Linda Ruggiero, c/o MDC, 555 Main Street, Hartford, CT.**   He will testify to the facts supporting the allegations of the Amended Complaint, the discriminatory policies and practices of the defendant M.D.C., the long-standing alcohol-related abuses committed by Johnson in the workplace and the failure by the MDC to take action against Johnson despite repeated complaints.

27.    **Marty Godbout, c/o MDC, 555 Main Street, Hartford, CT.**   He will testify to the facts supporting the allegations of the Amended Complaint, the discriminatory policies and practices of the defendant M.D.C., the long-standing alcohol-related abuses committed by Johnson in the workplace and the failure by the MDC to take action against Johnson despite

repeated complaints.

28.     **James Michel, c/o MDC, 555 Main Street, Hartford, CT.**  He will testify to the facts supporting the allegations of the Amended Complaint, the discriminatory policies and practices of the defendant M.D.C., the long-standing alcohol-related abuses committed by Johnson in the workplace and the failure by the MDC to take action against Johnson despite repeated complaints.

                                                    PLAINTIFF


                            BY _____
                                    Paul M. Ngobeni
                                    Federal Bar No. Ct08187
                  **LAW OFFICES OF PAUL M. NGOBENI**
                                    914 Main Street, Suite 206
                                    East Hartford, CT 06108
                                    Telephone (860) 289-3155
                                    Facsimile (860) 282-7479

**CERTIFICATION**

      This is to certify that a copy of the foregoing was MAILED on _____, 2001 to:

Attorney Anthony Palermino,
945 Wethersfield Ave.
Hartford, CT. 06114

_____
          Paul M, Ngobeni