UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMMY RICHARDSON )<br>      Plaintiff )<br>vs. )<br>METROPOLITAN DISTRICT )<br>COMMISSION, HARTFORD. )<br>      Defendant )<br>) | Civil Action No.<br>3:00 CV 1062(JCH)<br><br>DECEMBER 15, 2003. |

## PLAINTIFF'S LIST OF EXHIBITS

1. Doctor's re Ms. Richardson's injuries.

2. 1998 Performance Evaluation.

3. Oct. 15, 1998 memo from Johnson to Richardson re: Step Increment.

4. Aetna Withdrawal of Pension correspondence.

5. March 31, 1999 FMLA leave request documents.

5. March 26, 1999 Complaint from Ms. Richardson to Human Resources Department.

6. Union Grievance Re: Gender Harassment filed 07/13/99

7. Union Grievance Re: Step Increment filed 09/13/99

8. July 26, 199 letter from Leblanc to Richardson Re: 2 days suspension.

9. June 4, 1999 certified letter from McAuliffe to Richardson re: medical documentation.

10. December 1997 Performance Review.

11. Collective Bargaining Agreement; MDC and Local 3713 AFSCME-AFL-CIO and Appendices 1995 - 1999.

12. April 1, 1999 Document denying step increment.

13. Certification of Health Care Provider received by MDC on June 1, 1999.

14. July 1, 1999 Return to Work note from Dr. Siegel

15. July 12, 1999 Return to Work note from Dr. Siegel

16. August 30, 1999 Memo from Fiorentino to Richardson re: Job Performance; Step Increment.

17. Richardson's 1998 Tax Returns.

18. Richardson's 1999 Tax Returns.

19. Richardson's 2000 tax returns.

20. Richardson's 2001 Tax Returns.

22. Richardson's 2002 Tax Returns.

23. Richardson's 2003 W-2s, 1099s and statements of earnings.

24. December 14, 1999 letter from MDC to Richardson.

25. July 20, 1999 letter from Roughan to Gozzo re: Decision on Gender Harassment Complaint.

26. April 5, 1999 FMLA correspondence from MDC to Richardson.

27. June 29, 1999 Return to Work note from Dr. Siegel.

28. July 9, 1999 Return to Work note from Dr. Siegel.

29. July 8, 1999 Certification of Health care Provider from Dr. Siegel

30. November 8, 1999 letter from Post Traumatic Stress Center (Dr. David Read Johnson)

31. Richardson Termination/Resignation Letter.

32. Defendants Attachments to CCHRO Schedule A questionaire.(specific instances of alleged discipline of Comparable/similarly situated individuals).

33. Jeffrey Johnson's Personnel file (to be subpoenaed).

34. Plaintiff's Personnel file.

                                          **PLAINTIFF**

_____
       **Paul M. Ngobeni, ct08187**
**LAW OFFICES OF PAUL M. NGOBENI**
       **914 Main Street, Suite 206**
       **East Hartford, CT 06108**
       **Telephone (860) 289-3155**
       **Facsimile (860) 282-7479**

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first-class on December 28, 2003 to:

**ANTHONY PALERMINO**
**945 Wethersfield Ave.**
**Hartford, CT. 06114**

---------------------------------------------------------
**Paul M. Ngobeni**