CLERK
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jan 2, 2004 tms

FILED

| | | |
|---|---|---|
| TAMMY RICHARDSON | ) | |
|     Plaintiff | ) | Civil Action No. |
| vs. | ) | 3:00 CV 1062(JCH) |
| METROPOLITAN DISTRICT | ) | |
| COMMISSION, HARTFORD. | ) | |
|     Defendant | ) | |
| | ) | DECEMBER 15, 2003. |

**PLAINTIFF'S PROPOSED VOIR DIRE**

BACKGROUND INFORMATION
1. Name
2. Age
3. Marital status
4. Place of residence

EMPLOYMENT INFORMATION
5. Current employment status
6. If you are employed:
    (a) Where do you work?
    (b) What is your occupation?
    (c) What is your job title?
    (d) How long have you had this job?
    (e) Do you supervise other employees? If yes, how many employees do you supervise directly and indirectly?
    (f) Do you have the authority to hire or fire other employees?
    (g) Briefly describe your responsibilities at work.
    (h) Has anybody ever made a complaint about you as a supervisor? If yes, please describe.
    (i) Have you ever made a complaint to a supervisor? If yes, please describe.
    (j) Has anybody ever made a complaint within a company that you discriminated against a person on the job?

        (k)    Have you ever made a complaint within a company that you or someone else has been discriminated against on the job?
        (l)    Has anybody filed a lawsuit or a complaint with a government agency complaining that you discriminated against a person on the job?
        (m)    Have you ever filed a lawsuit or a complaint with a government agency complaining that you have been discriminated against on the job?

7. Have you ever owned your own business? If yes, how many employees did you have?

8. Have you ever worked for someone else as an independent contractor?

9. Have you ever been an officer or member of the Board of Directors of a corporation?

10. Have you ever been employed in any of the following occupations, or has your work ever included any of the following responsibilities, or have you ever received any training in any of the following areas:
        (a)    Human Resources
        (b)    Personnel
        (c)    Labor Relations

11. Please list any other jobs you have held during the past ten years that you can recall.

## EDUCATION

12. If you attended college, vocational, or technical school, what was your goal?
        (a)    Major subject(s)?
        (b)    Name and location of school(s)?

13. Please list and briefly describe any classes, correspondence courses, seminars or workshops you have taken since you left school.

14. Have you ever had any training, advanced education, or employment in any aspect of finance, economics, accounting, or business administration?

## MILITARY BACKGROUND

15. (a) Have you ever served in any branch of the U.S. military?
        (b)    If yes, please list the branch of service and your highest rank.

## ASSOCIATIONS/ORGANIZATIONS

16. Are you a member of any trade or professional association, union, civic club, religious or other organization?
        (a)    If yes, please list all of the organizations to which you belong.
        (b)    Please list any office you currently hold or have held in the past in

these or other organizations.

17. Do you belong to any private club, civic, professional, or fraternal organization that limits its membership on the basis of race, ethnic origin, sex, sexual orientation, national origin, or religion? If yes, please list the organization(s).

INFORMATION REGARDING FAMILY
18. Do you have children?
19. If you have adult children, please list their names, ages, and occupations, if any.
20. If there are other adults living in your home other than your spouse, partner, or children, please list their occupations and employers.
21. Have you or any member of your household ever had any health problems that were caused by stress? If yes, please explain.
22. Have you ever filed a workers' compensation claim? If yes, please explain.
23. Have you or your spouse/partner ever been under stress because of problems at work? If yes, please explain.
24. Do you have any religious or other beliefs that would make it difficult for you to sit in judgment of another person? If yes, please explain.
    (a) What are your views of Jehovah's Witnesses?
25. Please list your hobbies.
26. (a) Which television programs do you watch most often?
    (b) Which television talk shows, if any, do you watch?
27. Which magazines do you read?
28. Do you read business news or business periodicals three or more times a week?

YOUR SPOUSE OR PARTNER'S BACKGROUND
29. Name
30. Current employment status
31. If he or she is employed:
    (a) Where does he or she work?
    (b) What is his or her occupation?
    (c) What is his or her job title?
    (d) Briefly describe your spouse or partner's responsibilities at work.
    (e) How long has he or she had this job?
    (f) Does he or she supervise other employees?
    (g) Does he or she have the authority to hire or fire other employees?
    (h) Has your spouse or partner ever made a complaint about his or her

          supervisor?
- (i) Has your spouse or partner ever complained within the company that he or she has been discriminated against on the job?
- (j) Has your spouse or partner ever filed a lawsuit or complaint with a government agency that he or she has been discriminated against on the job?
- (k) Has anybody complained within the company that your spouse or partner discriminated against that person on the job?
- (l) Has anybody filed a lawsuit or a complaint with a government agency that your spouse or partner discriminated against that person on the job?

32. Please list any other jobs he or she has held during the past ten years.

33. Has your spouse or partner ever been under stress because of problems at work? If yes, when did your spouse or partner experience problems like this?

34. Has your spouse or partner owned his or her own business? If yes, how many employees did the business have?

35. Has your spouse or partner ever been an officer or director of a corporation?

36. Has your spouse or partner ever been self-employed or worked for someone else as an independent contractor? If yes, briefly describe the nature of his or her work.

37. If your spouse or partner attended college, vocational, or technical school, what was:
- (a) His or her major subject?
- (b) The name and location of the school?

38. Please list and briefly describe any classes, correspondence courses, seminars, or workshops your spouse or partner has taken relating to sexual harassment, employment law, or psychology.

39. Has your spouse or partner ever served in any branch of the U.S. military? If yes, please list the branch of service and his or her highest rank.

40. Is your spouse or partner a member of any trade or professional association, union, civic club, religious or other organization? If yes, please list all of the organizations to which he or she belongs.

41. Does your spouse or partner belong to any private club, civic, professional, or fraternal organization that limits its membership on the basis of race, ethnic origin, sex, sexual orientation, national origin or religion? If yes, please list the organization(s).

FAMILIARITY WITH JUDICIAL SYSTEM
42. Have you ever served as a juror before?
    (a) If yes, please list the court(s), the type of case(s), and the approximate date(s).
    (b) Were you ever the foreperson?
    (c) Has any of the juries on which you have served been unable to reach a verdict?
    (d) Did you enjoy your previous experience(s) as a juror?
43. Have you ever been to court before, other than for jury service? If yes, please describe the circumstances.
44. Have you ever testified in a trial or court proceeding?
45. Have you ever had your deposition taken?
46. Have you or any member of your household or family, or any close friends ever sued or been sued? If yes, how was the case resolved?
47. Have you ever thought you might have a reason to file a lawsuit but decided not to? If yes, please describe the circumstances.

48. During trial, it may become necessary for the attorneys to approach the bench or discuss a point of law outside the hearing of the jury. Will it bother you that the law sometimes does not allow jurors to hear discussion of legal points?

MISCELLANEOUS
49. Which of the following is your main source of news: television, radio, newspaper(s), magazine(s)?
50. Please rate how much you agree or disagree with each of the following statements:
    (a) Sexual harassment in the workplace is being blown way out of proportion.

    Strongly agree; somewhat agree; somewhat disagree; strongly disagree.

    (b) There are too many lawsuits today.

    Strongly agree; somewhat agree; somewhat disagree; strongly disagree.

    (c) Sexual harassment in the workplace is one of the most serious problems facing female employees today.

    Strongly agree; somewhat agree; somewhat disagree; strongly disagree.

   (d)   Most women are sexually harassed in the workplace.

   Strongly agree; somewhat agree; somewhat disagree; strongly disagree.

   (e)   Not enough is being done to eliminate sexual harassment in the workplace.

   Strongly agree; somewhat agree; somewhat disagree; strongly disagree.

   (f)   Most individuals accused of sexual harassment at work probably did it.

   Strongly agree; somewhat agree; somewhat disagree; strongly disagree.

   (g)   To what extent do you think attorneys are trustworthy or untrustworthy?

   Very trustworthy; somewhat trustworthy; somewhat untrustworthy; very untrustworthy.
   Why is that?

51.   Have you ever had any dealings with an attorney?
52.   What is your main complaint or annoyance about attorneys?
53.   How do you feel about the size of money awards given in trials today: Too large; Fine; Too small?
54.   Have you or has anyone close to you ever worked for:
   (a)   A lawyer or law firm?
   (b)   A counselor, psychotherapist, psychologist, or psychiatrist?
   (c)   The court system?
55.   Have you, or has anyone close to you, ever been falsely accused or written up by a supervisor at a place of employment? If yes, what happened and how did you feel?
56.   Do you think there is more, less, or about the same amount of sexual harassment today as there was 10 years ago?
57.   Have you ever read any books or magazine articles about sexual harassment?
58.   Do you feel that employers today understand the seriousness of sexual harassment in the workplace? If so, why is that?

ABOUT THIS CASE

59.    In this case, the plaintiff (the person who filed the lawsuit) claims that she was subjected to sex, race, religious discrimination and harassment while she worked for the defendant MDC(her former employer), and that she was retaliated against for complaining about it. Do you have any preconceptions or feelings one way or the other about how this kind of situation should be decided?

60.    Do you know anyone who may be involved in a situation like what you have heard so far about this case?

61.    Do you have a supervisor of the opposite sex?
    (a)    If yes, how do you feel about that supervisor?
    (b)    If yes, do you think that supervisor treats men and women equally?

62.    Are you familiar with the Anita Hill-Clarence Thomas hearings? If yes, have the Anita Hill-Clarence Thomas hearings changed your opinions or perceptions regarding allegations of sexual harassment in the workplace?

63.    Have you ever been involved in a situation at work involving sexual harassment or discrimination?

64.    Have you ever felt that you or someone you worked with had been sexually harassed or discriminated against at work?

65.    Have you ever had to quit a job because you felt you were being treated unfairly?

66.    Have you, your spouse/partner, close friend, and/or member of your family/household ever been employed as a legal secretary or paralegal?

67.    Have you, your spouse/partner, close friend, and/or member of your family/household ever had any training in the handling of sexual harassment or discrimination in the workplace? If yes, please describe what training was received.

68.    If you work for a business, has your employer implemented a policy against sexual harassment or discrimination?

69.    Has your employer implemented an internal complaint procedure to investigate and respond to sexual harassment or discrimination complaints?

70.    Have you ever been accused of sexual harassment or discrimination?

71.    Have you, your spouse/partner, close friend, or any member of your family/household ever made a complaint of sexual harassment or discrimination at work?

72.    Have you, or has any one close to you, *i.e.*, your spouse, partner, significant other, sibling, parent, or child ever been sexually harassed, discriminated against on the basis of sex, sexually assaulted, or been the victim of a sex crime by a man?

73.    Given the nature of this case, is there anything in your background and experience that would make it difficult for you to be fair and impartial?

74. Do you feel people should be awarded money for psychological pain?
75. Do you feel that too much money is awarded for claims of emotional distress?
76. Do you believe there is any limit on the amount of money that should be awarded for emotional distress?
77. Do you know what punitive damages are?
78. Is there any reason why you could not award punitive damages, that is, damages to punish the defendant or deter the defendant from engaging in this type of behavior again?
79. When you read about large punitive damages awards, do you feel that juries award too much in punitive damages?
80. Are there any matters that you would like to bring to the attention of the judge and lawyers that you do not want to discuss in the presence of other potential jurors?

## ATTITUDE TOWARDS PEOPLE WHO LITIGATE

81. Do you think people too often start court suits to solve their problems?

82. Do you feel that you are generally a little suspicious of people who sue?

83. Do you have concern about giving people financial compensation for injuries they have suffered? What are they and why do you have such a belief?

84. Do you think it is appropriate for jurors to decide cases involving large sums of money?

85. Are you at all uncomfortable about awarding large sums of money?

86. Have you heard of older people, women, racial minorities and the disabled filing law suits claiming that they have been discriminated against? What do you think of that type of law suit?

87. Do you have any feelings against plaintiff merely because the company accused him of poor job performance?

88. Will you follow the instructions of law of the court concerning circumstantial indirect evidence and your right to make inferences and draw conclusions from circumstantial evidence even though there may be no direct evidence?

89. Do you feel that employees should be given a fair hearing prior to dismissal?

90. Do you believe an employee should be given fair warning and notice of any deficiencies and a chance to improve before being let go?

91. Have you any fixed ideas relative to anyone who files a lawsuit which would affect your judgment as a fair and impartial juror?

92. Have you any preconceived ideas about this type of case which would affect your judgment as a fair and impartial juror?

**PLAINTIFF**

*/s/ Paul M. Ngobeni*
Paul M. Ngobeni, ct08187
**LAW OFFICES OF PAUL M. NGOBENI**
914 Main Street, Suite 206
East Hartford, CT 06108
Telephone (860) 289-3155
Facsimile (860) 282-7479

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first-class on December 28, 2003 to:

ANTHONY PALERMINO
945 Wethersfield Ave.
Hartford, CT. 06114

_____
Paul M. Ngobeni