FILED

2004 JAN 12  P 12: 57

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMMY D. RICHARDSON<br>PLAINTIFF | CIVIL ACTION NO.:<br>3:00CV1062JCH |
| vs. | At: Bridgeport |
| METROPOLITAN DISTRICT COMMISSION, et al<br>DEFENDANT | January 9, 2004 |

## MOTION TO STAY PROCEEDINGS

The Defendant, Metropolitan District Commission, moves to stay the proceedings for the following reasons:

1]. The Plaintiff, Tammy D. Richardson, filed for a bankruptcy and her pending lawsuit is part of the bankruptcy estate, See Exhibit B;

2]. The trustee for the bankruptcy estate, Attorney Neal Ossen, was given an offer by the Defendant to settle this case, See Exhibit A. This offer will be submitted to the Bankruptcy Court for approval; and

3]. Attorney Paul M. Ngobeni has not been appointed by the Bankruptcy Court, and cannot represent the Plaintiff in this action.

The arguments in support of this Motion for a Stay are outlined in the attached

memorandum.

>DEFENDANTS
>METROPOLITAN DISTRICT COMMISSION, et al
>
>BY /s/ Anthony J. Palermino
>ANTHONY J. PALERMINO
>Their Attorney
>Law Offices of Anthony J. Palermino
>945 Wethersfield Avenue
>Hartford, Connecticut 06114
>(860) 296-0035
>ct07517

## CERTIFICATION

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 9th day of January, 2004 to Attorney Paul M. Ngobeni, 914 Main Street, Suite 206, East Hartford, CT 06108.

/s/ Anthony J. Palermino
Anthony J. Palermino