FILED

2004 JAN 20 P 1: 22

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMMY D. RICHARDSON<br>PLAINTIFF | CIVIL ACTION NO.:<br>3:00CV1062JCH |
| vs. | At: Bridgeport |
| METROPOLITAN DISTRICT COMMISSION, et al<br>DEFENDANTS | January 14, 2004 |

### DEFENDANT'S SUPPLEMENTAL MEMORANDUM
### IN SUPPORT OF MOTION TO STAY

The Defendant, Metropolitan District Commission, submits the following documents to be considered by the Court with the Motion for Stay dated January 9, 2004:

1]. A copy of the docket proceedings for the bankruptcy case filed by the Plaintiff, Tammy Richardson, Bankruptcy Petition No. 01-20795; Exhibit C

2]. Trustee's Objection to Debtor's Claim of Exemption dated June 21, 2001, Exhibit D;

3]. Trustee's Objection to Debtor's Amended Claim of Exemptions dated April 17, 2003, Exhibit E;

4]. Order re: Trustee's Objection to Debtor's Amended Claim of Exemptions dated May 6, 2003; Exhibit F.

The Trustee, Attorney Neil Ossen, filed an objection to the Plaintiff's Claim for Exemptions at the outset of the Plaintiff's bankruptcy case. On July 10, 2001

-2-

the Bankruptcy Court granted/sustained the objection filed by the Trustee, See Exhibit C, docket entry #8. As a result of this ruling, all the exemptions filed by the Plaintiff were denied. The Trustee also filed an Objection to an Amended Claim of Exemptions filed by the Plaintiff. This objection was also granted/sustained by the Bankruptcy Court on May 6, 2003, See Exhibit F. The Second Objection specifically addressed the Plaintiff's lawsuit against the Metropolitan District Commission, See Exhibit E.

It is apparent from the Bankruptcy Proceedings that the Trustee has filed appropriate objections, and the Bankruptcy Court has granted/sustained all the objections filed. The Plaintiff cites the case of Taylor v. Freeland and Kronz, 503 U.S. 638 (1992) in her Trial Memorandum in support of her claim that the Trustee abandoned her lawsuit. The Taylor case does not address the issue of abandonment, but rather deals with the timing of objections to be filed by the Trustee. In this case, the Bankruptcy Trustee filed timely objections to all of the Plaintiff's claims for exemption. In addition, the Bankruptcy Court granted these objections. The Taylor case is not controlling, and is not relevant to the status of the Plaintiff's bankruptcy proceedings.

At this point, a settlement offer has been given to the Bankruptcy Trustee, and a hearing will be held in the Bankruptcy Court to approve this settlement

-3-

offer. Given the status of the bankruptcy proceedings, the Defendant requests that the District Court case be stayed until the Bankruptcy Court has acted.

DEFENDANT,
METROPOLITAN DISTRICT COMMISSION, et al

BY _____
ANTHONY J. PALERMINO
Their Attorney
Law Offices of Anthony J. Palermino, LLC
945 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 296-0035
ct05651

### CERTIFICATION

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 15th day of January, 2004 to Attorney Paul M. Ngobehi, 914 Main Street, Suite 206, East Hartford, East Hartford, CT 06108.

_____
ANTHONY J. PALERMINO

# U.S. Bankruptcy Court

## District of Connecticut (Hartford)

- *Bankruptcy Petition #:* 01-20795 *Date filed:* 3/19/01
- *Assigned to:* Judge Robert L. Krechevsky
- Chapter 7, voluntary, individual, no asset

| * Parties * | * Attorneys * |
|---|---|
| TAMMY RICHARDSON<br>Nine Chandler Street<br>East Hartford, CT 06108<br>SSN: 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<br>* Debtor * | Patrick T. Hulton<br>81 Wethersfield Avenue<br>Hartford, CT 06114<br>860-293-0018 |
| NEAL OSSEN<br>Ossen and Murphy<br>21 Oak Street, Suite 201<br>Hartford, CT 06106<br>* Trustee * | |

### Docket Proceedings

| Date | Doc. No. | Docket Entry |
|---|---|---|
| 3/19/01 | 1 | *Voluntary Petition missing documents:* Schedules A - J Disclosure of Aty Compensation due 4/3/01. Debtors Statement Of Intent due 4/19/01 ( Filing Fee $ 170.00 Receipt # 250927) (tjs) [EOD 03/20/01] |
| 3/19/01 | -- | Administrative Fee Paid ( Fee $ 30.00 Receipt # 250927) (tjs) [EOD 03/20/01] |
| 3/20/01 | 2 | Notice of First Meeting of Creditors Scheduled For 1:00 4/30/01 At 450 Main Street, Room 742 ; Last Day to Oppose Discharge 6/29/01 (tjs) [EOD 03/20/01] |
| 3/30/01 | 3 | BNC's Certificate of Service for 341 Meeting Notice (bcap) [EOD 03/30/01] |
| 4/30/01 | -- | First Meeting Continued to 1:00 5/23/01 at 450 Main Street, Room 742 (erd) [EOD 05/04/01] |
| 5/23/01 | -- | First Meeting Continued to 9:00 6/14/01 at 450 Main Street, Room 742 (erd) [EOD 06/01/01] |
| 6/14/01 | -- | First Meeting Held and Examination of Debtor. (tjs) [EOD 06/20/01] |
| 6/21/01 | 4 | Objection to Debtor's Claim of Exemptions By Trustee Neal Ossen. (bgr) [EOD 06/21/01] |
| 6/22/01 | 5 | Notice of Hearing Re: [4-1] Exemption Objection by Neal Ossen schd. For 11:00 7/10/01 at 7th Floor Courtroom (bgr) [EOD 06/22/01] |

| | | |
|---|---|---|
| 6/28/01 | 6 | Certificate of Service filed by Trustee Neal Ossen in re: [5-1] Hearing Notice of, [4-1] Exemption Objection by Neal Ossen . (bgr) [EOD 06/28/01] |
| 7/10/01 | 7 | Order Discharging Debtor(s) (bcap) [EOD 07/10/01] |
| 7/10/01 | 8 | ORDER Granting [4-1] Exemption Objection by Neal Ossen , with Certificate of Mailing thereon. (bgr) [EOD 07/10/01] |
| 7/13/01 | 9 | BNC's Certificate of Mailing for Discharge of Debtor (bcap) [EOD 07/13/01] |
| 3/27/03 | 10 | Amended Schedules C (cc: Neal Ossen, Trustee, and Office of U.S. Trustee). ( Filing Fee $ none Receipt # none) (bgr) [EOD 03/27/03] |
| 4/21/03 | 11 | Objection to Debtor's Amended Claim of Exemptions By Trustee Neal Ossen. (bgr) [EOD 04/21/03] |
| 4/21/03 | 12 | Notice of Hearing Re: [11-1] Exemption Objection by Neal Ossen schd. For 10:00 5/6/03 at 7th Floor Courtroom (bgr) [EOD 04/21/03] |
| 4/28/03 | 13 | Certificate of Service filed by Trustee Neal Ossen in re: [12-1] Hearing Notice of, [11-1] Exemption Objection by Neal Ossen . (bgr) [EOD 04/28/03] |
| 5/6/03 | 14 | ORDER Granting [11-1] Exemption Objection by Neal Ossen , with Certificate of Mailing thereon. (bgr) [EOD 05/06/03] |
| 5/19/03 | 15 | Motion By Creditor Bank One,NA For Relief From Stay regarding Nine Chandler Street,East Hartford,CT ( Filing Fee $ 75.00 Receipt # 259328) . (erd) [EOD 05/19/03] |
| 5/20/03 | 16 | Notice of Hearing Re: [15-1] Motion For Relief From Stay regarding Nine Chandler Street,East Hartford,CT ( Filing Fee $ 75.00 Receipt # 259328) by Bank One sched For 11:00 6/3/03 at 7th Floor Courtroom (tjs) [EOD 05/20/03] |
| 5/28/03 | 17 | Response By Trustee Neal Ossen To [15-1] Motion For Relief From Stay regarding Nine Chandler Street,East Hartford, CT (Filing Fee $ 75.00 Receipt # 259328) by Bank One (does not object to relief) (bgr) [EOD 05/28/03] |
| 5/28/03 | 18 | Certificate of Service filed by Keith K. Fuller for Creditor Bank One in re: [16-1] Hearing Notice of, [15-1] Motion For Relief From Stay regarding Nine Chandler Street,East Hartford,CT ( Filing Fee $ 75.00 Receipt # 259328) by Bank One . (tjs) [EOD 05/28/03] |
| 6/3/03 | 19 | ORDER Granting [15-1] Motion For Relief From Stay regarding Nine Chandler Street,East Hartford,CT ( Filing Fee $ 75.00 Receipt # 259328) by Bank One , with Certificate of Mailing thereon. (bgr) [EOD 06/03/03] |

*new filings beyond 19 (Claim of assets See 2003 January 2004)*

Report Criteria

| Case Num: | 1-20795 |
|---|---|
| Filed between: | 01/01/31 and 07/25/03 |

CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF CT
01 JUN 21 PM 2:02
HARTFORD DIVISION

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF:

TAMMY RICHARDSON            CHAPTER 7

    Debtor                     CASE NO. 01-20795-RLK

TRUSTEE'S OBJECTION TO
DEBTOR'S CLAIM OF EXEMPTIONS

TO THE HONORABLE ROBERT L. KRECHEVSKY, U.S. BANKRUPTCY JUDGE:

Neal Ossen, Trustee of the above-entitled estate, hereby objects to **all** the debtor's claimed exemptions. The statutory basis for the exemptions claimed are in error. In addition, the description and values claimed are not specific enough.

WHEREFORE, the Trustee seeks an order sustaining the objections to all exemptions claimed.

Dated at Hartford, Connecticut this 21st day of June, 2001.

                     _____
                     Neal Ossen, Trustee

OSSEN & MURPHY
ATTORNEYS AT LAW
21 OAK STREET • SUITE 201 • HARTFORD, CONNECTICUT 06106 • TEL. 728-6635 • JURIS NO. 44651

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF:

| | |
|---|---|
| TAMMY RICHARDSON | CHAPTER 7 |
| Debtor | CASE NO. 01-20795-rlk |

TRUSTEE'S OBJECTION TO
DEBTOR'S AMENDED CLAIM OF EXEMPTIONS

TO THE HONORABLE ROBERT L. KRECHEVSKY, U.S. BANKRUPTCY JUDGE:

Neal Ossen, Trustee of the above-entitled estate, hereby objects to the debtor's amended claim of exemptions as follows:

The debtor claimed an exemption in a MDC claim in the amount of $11,500.00 pursuant to 11 U.S.C. 522(d)(11)(D). The Trustee objects on the grounds that claim against the MCD is for employment discrimination and not personal bodily injury.

WHEREFORE, the Trustee seeks an order sustaining the objection.

Dated at Hartford, Connecticut this 17th day of April, 2003.

_____
Neal Ossen, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

ORDER ENTERED ON:
5/6/03
DEPUTY CLERK

IN THE MATTER OF:

TAMMY RICHARDSON                          CHAPTER 7

   Debtor                                  CASE NO. 01-20795-rlk

ORDER RE: TRUSTEE'S OBJECTION
TO DEBTOR'S AMENDED CLAIM OF EXEMPTIONS

Upon the Objection to Debtor's Amended Claim of Exemptions filed by Neal Ossen, Trustee dated April 17, 2003, objecting to the debtor's amended claim of exemptions, it is hereby

ORDERED: that the Trustee's objections are sustained.

Dated at Hartford, Connecticut this 6 day of May, 2003.

Robert L. Krechevsky
U.S. Bankruptcy Judge

OSSEN & MURPHY
ATTORNEYS AT LAW
21 OAK STREET • SUITE 201 • HARTFORD, CONNECTICUT 06106 • TEL. 728-6635 • JURIS NO. 44651