FILED

2004 JAN 26  P 12: 05

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMMY D. RICHARDSON<br>PLAINTIFF | CIVIL ACTION NO.:<br>3:00CV1062JCH |
| vs. | At: Bridgeport |
| METROPOLITAN DISTRICT COMMISSION, et al<br>DEFENDANTS | January 23, 2004 |

## MOTION IN LIMINE

The Defendant, Metropolitan District Commission, moves to exclude evidence on the issues stated below. In the alternative, the Defendant requests that the Plaintiff offer no testimony, remarks, or argument concerning these issues in the presence of the jury until the Court has ruled on the admissibility of the evidence. The Defendant requests that evidence in the following areas be excluded:

1]. The alleged alcohol use by the Defendant, Jeffrey Johnson;

2]. Comparative evidence or evidence offered by other employees concerning their own claims; and

-2-

3]. Any evidence concerning suicide attempts by the Plaintiff.

The arguments in support of this Motion are provided in the attached Memorandum.

                      DEFENDANTS,

                  METROPOLITAN DISTRICT COMMISSION, et al

BY _____
ANTHONY J. PALERMINO
Their Attorney
Law Offices of Anthony J. Palermino, LLC
945 Wethersfield Avenue
Hartford, Connecticut 06114
 (860) 296-0035
ct05651

-3-

## CERTIFICATION

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 23rd day of January, 2004 to Attorney Paul M. Ngobeni, 914 Main Street, Suite 206, East Hartford, East Hartford, CT 06108.

_____
ANTHONY J. PALERMINO