FILED

2004 JAN 26 P 12: 06

US DISTRICT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TAMMY D. RICHARDSON**<br>**PLAINTIFF** | **CIVIL ACTION NO.:**<br>**3:00CV1062JCH** |
| vs. | At: Bridgeport |
| **METROPOLITAN DISTRICT COMMISSION, et al**<br>**DEFENDANTS** | **January 23, 2004** |

## DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW

The Defendants, Metropolitan District Commission and Jeffrey Johnson, move for judgment on the Plaintiff's claim for punitive damages. The Plaintiff has asserted a claim for punitive damages which is not supported by the law. The Plaintiff's action is against the Metropolitan District Commission as a municipality, and Jeffrey Johnson in his official capacity only. Punitive damages cannot be awarded against a municipality nor a defendant in his official capacity. The punitive damage claim should be dismissed. The Plaintiff does not have this remedy available to her under the claims presented. See Looby v. City of Hartford, 152 F. Supp. 2d 181 (D. Conn 2001), and Heritage Homes, Etc. v. Seekunk Water District, 670 F2d 1 (1982 A. Mass), and the Family Medical

-2-

Leave Act, 29 U.S.C. Section 2617.

DEFENDANTS,

METROPOLITAN DISTRICT COMMISSION and JEFFREY JOHNSON

BY _____
ANTHONY J. PALERMINO
Their Attorney
Law Offices of Anthony J. Palermino, LLC
945 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 296-0035
ct05651

## CERTIFICATION

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 23rd day of January, 2004 to Attorney Paul M. Ngobeni, 914 Main Street, Suite 206, East Hartford, East Hartford, CT 06108.

_____
ANTHONY J. PALERMINO