*RESCHEDULED FROM JANUARY 13, 2004; JURY SELECTION IS SCHEDULED FOR FEBRUARY 2, 2004 AT 9:00 a.m.

12/19/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #2, 4th Floor

*PRETRIAL CONFERENCE HELD Date: 1/27/04*

All persons entering the courthouse must show photo identification.

TRIAL COUNSEL ARE ORDERED BY THE COURT TO BE PRESENT AT THIS DATE AND TIME, AND TO BE PREPARED TO DISCUSS ALL PENDING MOTIONS. ADDITIONALLY, TRIAL COUNSEL SHALL BE PREPARED TO DISCUSS THE PARTIES JOINT TRIAL MEMORANDUM AND ANY OBJECTIONS THERETO OR CONTAINED THEREIN.

Richardson v. MDC   3:00-cv-1062 (JCH)

Paul Mpande Ngobeni
914 Main St., Suite 206
Easst Hartford, CT 06108

Anthony J. Palermino
Gary R. Atkinson
945 Wethersfield Ave.
Hartford, CT 06114

Tammy D. Richardson
9 Chandler Street
East Hartford, CT 06108

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK