FILED

2004 MAY -3 P 2: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMMY D. RICHARDSON<br>PLAINTIFF | CIVIL ACTION NO.:<br>3:00CV1062JCH |
| vs. | At: Bridgeport |
| METROPOLITAN DISTRICT COMMISSION<br>et al   DEFENDANTS | March /9th, 2004 |

### STIPULATION FOR DISMISSAL BY ALL PARTIES UNDER FRCP 41(a)(1)(ii)

It is hereby stipulated by **TAMMY RICARDSON**, Plaintiff, through her Attorney, Paul M. Ngobeni, **ATTORNEY NEAL OSSEN, BANKRUPTCY TRUSTEE**, in the matter of **TAMMY RICHARDSON**, Plaintiff and, **THE METROPOLITAN DISTRICT COMMISSION and JEFFREY JOHNSON, in his official capacity,** Defendants, through their Attorney, Anthony J. Palermino, that the above entitled action be dismissed with prejudice and without costs or attorneys fees and that said dismissal is agreed to in reliance upon and in compliance with a certain settlement agreement.

-13-

| THE DEFENDANTS, | THE PLAINTIFF, |
|---|---|
| METROPOLITAN DISTRICT COMMISSION | TAMMY RICHARDSON |
| And JEFFREY JOHNSON | |

By *[signature]*
Anthony J. Palermino
Law Office of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114
Tel: 860-296-0035
**ct05651**

By *[signature]*
Paul M. Ngobeni
914 Main Street, Suite 206
East Hartford, CT 06108

Tel: 860-289-3155
ct 08187

By *[signature]*
NEAL OSSEN, ATTORNEY
BANKRUPTCY TRUSTEE