00CV1062 STIPDISM

FILED

2004 MAY -3 P 2: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

-12-

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMMY D. RICHARDSON<br>PLAINTIFF | CIVIL ACTION NO.:<br>3:00CV1062JCH |
| vs. | At: Bridgeport |
| METROPOLITAN DISTRICT COMMISSION<br>et al   DEFENDANTS | March __, 2004 |

### STIPULATION FOR DISMISSAL BY ALL PARTIES UNDER FRCP 41(a)(1)(ii)

It is hereby stipulated by **TAMMY RICARDSON**, Plaintiff, through her Attorney, Paul M. Ngobeni, **ATTORNEY NEAL OSSEN, BANKRUPTCY TRUSTEE**, in the matter of **TAMMY RICHARDSON**, Plaintiff and, **THE METROPOLITAN DISTRICT COMMISSION and JEFFREY JOHNSON, in his official capacity**, Defendants, through their Attorney, Anthony J. Palermino, that the above entitled action be dismissed with prejudice and without costs or attorneys fees and that said dismissal is agreed to in reliance upon and in compliance with a certain settlement agreement.

So Ordered.